**Commonwealth of Massachusetts**

BRISTOL, ss.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2173CV00753

Arielle C. Philbotte PLAINTIFF(S),

vs.

Benjamin William Palizzo DEFENDANT(S)

**SUMMONS**

THIS SUMMONS IS DIRECTED TO: Benjamin William Palizzo (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the _____Superior_____ Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to respond.** To respond to this lawsuit, you must file a written response with the court and mail a copy to Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your signed original response with the Clerk's Office for Civil Business, New Bedford Superior Court, 441 County St, 1st Fl, New Bedford, MA (address), by mail or in person, AND
   b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: Ronald J. Resmini, 155 So. Main St. Suite 400, Providence, R.I. 02903.

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss"**, if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rulesofcourt.

A TRUE COPY, ATTEST:

Tim Poloski
State Marshal

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and **must** appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant".

Witness Hon. Heidi Bieger, Chief Justice on October 20 , 2021 (SEAL)

Marc J. Santos,
Clerk/Magistrate

NOTE: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

_____
_____
_____

Dated: _____, 20      Signature: _____

N.B.  TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2173CV00753 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Philibotte, Arielle C vs. Palizza, Benjamin William et al | | Marc J. Santos, Clerk of Court Bristol County |
| TO: Benjamin W Palizza 44 Susan Rd Vernon, CT 06066 | | COURT NAME & ADDRESS Bristol County Superior Court - New Bedford 441 County Street, 1st floor New Bedford, MA 02740 |

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**  **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 01/18/2022 | |
| Response to the complaint filed (also see MRCP 12) | | 02/17/2022 | |
| All motions under MRCP 12, 19, and 20 | 02/17/2022 | 03/21/2022 | 04/19/2022 |
| All motions under MRCP 15 | 02/17/2022 | 03/21/2022 | 04/19/2022 |
| All discovery requests and depositions served and non-expert depositions completed | 08/16/2022 | | |
| All motions under MRCP 56 | 09/15/2022 | 10/17/2022 | |
| Final pre-trial conference held and/or firm trial date set | | | 02/13/2023 |
| Case shall be resolved and judgment shall issue by | | | 10/20/2023 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time.

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 10/20/2021 | Jennifer A Sullivan | (508)996-2051 |

Date/Time Printed: 10-20-2021 09:11:49    SCV026\

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 2173CV00755 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| | | COUNTY Bristol Superior Court (Taunton) |

| | | |
|---|---|---|
| **Plaintiff** ARIELLE C. PHILIBOTTE | **Defendant:** | Benjamin William Palizza |
| **ADDRESS:** 6 Spring House Trail #303, Seekonk, MA 02777 | **ADDRESS:** | 44 Susan Rd, Vernon, CT 06066 |
| **Plaintiff Attorney:** Ronald J Resmini | **Defendant:** | Schneider National Leasing, LLC |
| **ADDRESS:** 155 So. Main St, Ste 400, Providence, RI 02903 | **ADDRESS:** | 7101 W 17th Street, Gary, IN 46406 |
| **BBO:** 543004 | | |
| **Plaintiff Attorney:** | **Defendant Attorney:** | |
| **ADDRESS:** | **ADDRESS:** | |
| **BBO:** | **BBO:** | |

**TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Personal Injury -MVA | F | ☒ YES   ☐ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?   ☐ YES   ☒ NO
Is there a class action under Mass. R. Civ. P. 23?   ☐ YES   ☒ NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

A. Documented medical expenses to date
 1. Total hospital expenses ........................................................... $14,966.00
 2. Total doctor expenses ............................................................. $4,608.18
 3. Total chiropractic expenses
 4. Total physical therapy expenses
 5. Total other expenses (describe below) ................................... $3,099.30
    Rescue and Medical Imaging
    Subtotal (1-5): $22,673.48
B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below) ........... $100,000.00
 Pain and Suffering
    TOTAL (A-F): $122,673.48

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Concussion; neurological symptoms including weakness, dizziness, vertigo, and seizures; back and neck injuries.

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

| Signature of Attorney/Unrepresented Plaintiff: X _____ | Date: 10/28/21 |

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

| Signature of Attorney/Unrepresented Plaintiff: X _____ | Date: 10/19/21 |

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

- AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. (A)
- AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. (A)
- AC1 Real Property Action Involving Commonwealth, Municipality, MBTA etc. (A)
- AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. (A)
- AE1 Administrative Action involving Commonwealth, Municipality, MBTA, etc. (A)

### CN Contract/Business Cases

- A01 Services, Labor, and Materials (F)
- A02 Goods Sold and Delivered (F)
- A03 Commercial Paper (F)
- A04 Employment Contract (F)
- A05 Consumer Revolving Credit - M.R.C.P. 8.1 (F)
- A06 Insurance Contract (F)
- A08 Sale or Lease of Real Estate (F)
- A12 Construction Dispute (A)
- A14 Interpleader (F)
- BA1 Governance, Conduct, Internal Affairs of Entities (A)
- BA3 Liability of Shareholders, Directors, Officers, Partners, etc. (A)
- BB1 Shareholder Derivative (A)
- BB2 Securities Transactions (A)
- BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. (A)
- BD1 Intellectual Property (A)
- BD2 Proprietary Information or Trade Secrets (A)
- BG1 Financial Institutions/Funds (A)
- BH1 Violation of Antitrust or Trade Regulation Laws (A)
- A99 Other Contract/Business Action - Specify (F)

\* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

- D01 Specific Performance of a Contract (A)
- D02 Reach and Apply (F)
- D03 Injunction (F)
- D04 Reform/ Cancel Instrument (F)
- D05 Equitable Replevin (F)
- D06 Contribution or Indemnification (F)
- D07 Imposition of a Trust (A)
- D08 Minority Shareholder's Suit (A)
- D09 Interference in Contractual Relationship (F)
- D10 Accounting (A)
- D11 Enforcement of Restrictive Covenant (F)
- D12 Dissolution of a Partnership (F)
- D13 Declaratory Judgment, G.L. c. 231A (A)
- D14 Dissolution of a Corporation (F)
- D99 Other Equity Action (F)

### PA Civil Actions Involving Incarcerated Party †

- PA1 Contract Action involving an Incarcerated Party (A)
- PB1 Tortious Action involving an Incarcerated Party (A)
- PC1 Real Property Action involving an Incarcerated Party (F)
- PD1 Equity Action involving an Incarcerated Party (F)
- PE1 Administrative Action involving an Incarcerated Party (F)

### TR Torts

- B03 Motor Vehicle Negligence - Personal Injury/Property Damage (F)
- B04 Other Negligence - Personal Injury/Property Damage (F)
- B05 Products Liability (A)
- B06 Malpractice - Medical (A)
- B07 Malpractice - Other (A)
- B08 Wrongful Death - Non-medical (A)
- B15 Defamation (A)
- B19 Asbestos (A)
- B20 Personal Injury - Slip & Fall (F)
- B21 Environmental (F)
- B22 Employment Discrimination (F)
- BE1 Fraud, Business Torts, etc. (A)
- B99 Other Tortious Action (F)

### RP Summary Process (Real Property)

- S01 Summary Process - Residential (X)
- S02 Summary Process - Commercial/ Non-residential (F)

TRANSFER YOUR SELECTION TO THE FACE SHEET

### RP Real Property

- C01 Land Taking (F)
- C02 Zoning Appeal, G.L. c. 40A (F)
- C03 Dispute Concerning Title (F)
- C04 Foreclosure of a Mortgage (X)
- C05 Condominium Lien & Charges (X)
- C99 Other Real Property Action (F)

### MC Miscellaneous Civil Actions

- E18 Foreign Discovery Proceeding (X)
- E97 Prisoner Habeas Corpus (X)
- E22 Lottery Assignment, G.L. c. 10, § 28 (X)

### AB Abuse/Harassment Prevention

- E15 Abuse Prevention Petition, G.L. c. 209A (X)
- E21 Protection from Harassment, G.L. c. 258E (X)

### AA Administrative Civil Actions

- E02 Appeal from Administrative Agency, G.L. c. 30A (X)
- E03 Certiorari Action, G.L. c. 249, § 4 (X)
- E05 Confirmation of Arbitration Awards (X)
- E06 Mass Antitrust Act, G.L. c. 93, § 9 (A)
- E07 Mass Antitrust Act, G.L. c. 93, § 8 (X)
- E08 Appointment of a Receiver (X)
- E09 Construction Surety Bond, G.L. c. 149, §§ 29, 29A (A)
- E10 Summary Process Appeal (X)
- E11 Worker's Compensation (X)
- E16 Auto Surcharge Appeal (X)
- E17 Civil Rights Act, G.L. c.12, § 11H (A)
- E24 Appeal from District Court Commitment, G.L. c.123, § 9(b) (X)
- E25 Pleural Registry (Asbestos cases)
- E94 Forfeiture, G.L. c. 265, § 56 (X)
- E95 Forfeiture, G.L. c. 94C, § 47 (F)
- E99 Other Administrative Action (X)
- Z01 Medical Malpractice - Tribunal only, G.L. c. 231, § 60B (F)
- Z02 Appeal Bond Denial (X)

### SO Sex Offender Review

- E12 SDP Commitment, G.L. c. 123A, § 12 (X)
- E14 SDP Petition, G.L. c. 123A, § 9(b) (X)

### RC Restricted Civil Actions

- E19 Sex Offender Registry, G.L. c. 6, § 178M (X)
- E27 Minor Seeking Consent, G.L. c.112, § 12S (X)

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES   ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.**
**FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY**
**MAY RESULT IN DISMISSAL OF THIS ACTION.**

COMMONWEALTH OF MASSACHUSETTS
BRISTOL COUNTY, SS                                          SUPERIOR COURT

ARIELLE C. PHILIBOTTE

v.                                                          CA NO.: 2173 CV00753

BENJAMIN WILLIAM PALIZZA and
SCHNEIDER NATIONAL LEASING, INC.

## COMPLAINT

Now come the Plaintiff in the above-entitled matter and alleges as follows:

## PARTIES

1. Plaintiff, Arielle C. Philibotte, is a resident of the Town of Seekonk, County of Bristol, Commonwealth of Massachusetts.

2. Defendant, Benjamin William Palizza, upon information and belief is a resident of the Town of Vernon, County of Tolland, State of Connecticut.

3. Defendant, Schneider National Leasing, Inc. upon information and belief is a Foreign Corporation with a principal located at 7101 W 17th St in Gary, Indiana, is doing business in the Commonwealth of Massachusetts having sufficient minimum contacts in the Commonwealth of Massachusetts to confer jurisdiction.

## COUNT I

The Plaintiff hereby incorporate by reference paragraphs 1 thru 3 above and allege as follows:

4. On or about June 15, 2020, the Plaintiff, Arielle C. Philibotte, was the operator of a motor vehicle while traveling upon and along Highland Avenue in Seekonk Massachusetts and at all times herein was in the exercise of sufficient due care and caution as to allow recovery in this matter.

5. On or about June 15, 2020, Defendant, Benjamin William Palizza, was the operator of a tractor trailer registered and owned by Defendant, Schneider National Leasing, Inc., while traveling on or about Highland Avenue at or near the intersection of Highland Avenue and US 6 in Seekonk, Massachusetts when thereat Defendant, Benjamin William Palizza, did operate Defendant, Schneider

National Leasing, Inc.'s vehicle in a negligent and/or reckless manner as to cause a collision with Plaintiff's vehicle.

6. On or about June 15, 2020, or at a time precedent thereto, the Defendant, Schneider National Leasing, Inc., expressly and/or impliedly consented to the operation of said tractor trailer by the Co-Defendant, Benjamin William Palizza.

7. By and through said consent the Defendant, Schneider National Leasing, Inc., is liable for the negligence and/or reckless actions of the Co-Defendant, Benjamin William Palizza, arising from the operation of said tractor trailer on or about Highland Avenue in Seekonk, Massachusetts.

8. As a direct and proximate result of Defendants negligence, the Plaintiff sustained personal injuries that required medical care and treatment, pain and suffering, lost wages, loss of consortium and other damages all of which were caused by the negligence of said Defendants.

9. Damages are sufficient to confer jurisdiction upon the Superior Court.

WHEREFORE, Plaintiff demands judgment against the Defendants, joint and severally, plus interest, costs and attorney fees.

Plaintiff,
by and through her Attorney,

/s/ Ronald J. Resmini

RONALD J. RESMINI, ESQ.(#543004)
Ronald J. Resmini, Ltd.
155 South Main Street, Ste. 400
Providence, RI 02903
401-751-8855
401-228-6577 facsimile

**PLANTIFF DEMANDS A TRIAL BY JURY**